Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 17 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 30 2008

FILED
CLERK'S OFFICE

FILED

JUN 19 2008

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-21)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 621 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUN 17 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to
True Copy

DAVID A. DIMARZIO
By
Deputy Clerk

21

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

## SCHEDULE CTO-21 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| FLORIDA MIDDLE | | | | |
| FLM | 3 | 08-464 | David L. Boykin v. Davol, Inc., et al. | CA 08-2514 |
| MINNESOTA | | | | |
| MN | 0 | 08-1203 | Darrell Sowders v. Davol, Inc., et al. | CA 08-2515 |
| MN | 0 | 08-1320 | Norbert Hoesel v. Davol, Inc., et al. | CA 08-2516 |
| MISSOURI WESTERN | | | | |
| MOW | 4 | 08-313 | Jolene Dillon, et al. v. Davol, Inc., et al. | CA 08-2517 |
| NEW JERSEY | | | | |
| ~~NJ~~ | ~~1~~ | ~~08-2198~~ | ~~Loy Noe, et al. v. Davol, Inc., et al.~~ Opposed 6/13/08 | |
| NJ | 2 | 08-2189 | Donna Marie Davis v. Davol, Inc., et al. | CA 08-2518 |
| NEW YORK EASTERN | | | | |
| NYE | 1 | 08-1913 | Barbara Merrill v. Davol, Inc., et al. | CA 08-2519 |
| UTAH | | | | |
| UT | 2 | 08-355 | Jacqueline Stey, et al. v. Davol, Inc., et al. | CA 08-2520 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-21)**

David J. Cooner
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101

Scott A. George
SEEGER WEISS LLP
550 Broad Street
Suite 920
Newark, NJ 07102

Kirk J. Goza
GOZA & HONNOLD LLC
11500 Overlook Road
Suite 250
Leawood, KS 66211

Stephanie Hatzakos
MILBERG LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Bradley D. Honnold
GOZA & HONNOLD LLC
2630 City Center Square
1100 Main Street
P.O. Box 482355
Kansas City, MO 64148-2355

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

John M. Kvartek
CLARK PARTINGTON HART LARRY BOND & STACKHOUSE
125 West Romano Street
Suite 800
P.O. Box 13010
Pensacola, FL 32591-3010

James J. McHugh, Jr.
LOPEZ MCHUG LLP
712 East Main Street
Suite 2A
Moorestown, NJ 08057

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Kathleen S. Phinney
3651 North 100 East
Suite 300
Provo, UT 84604

Anita C. Pryor
TERRELL HOGAN
Blackstone Building
Suite 804
233 East Bay Street
Jacksonville, FL 32202-3451

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED JUDGES LIST (CTO-21)**

Hon. Timothy J. Corrigan
U.S. District Judge
11-100 United States Courthouse
300 N. Hogan Street
Jacksonville, FL 32202

Hon. Michael James Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Sarah W. Hays
U.S. Magistrate Judge
6672 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

~~Hon. Joseph H. Rodriguez~~
~~Senior U.S. District Judge~~
~~United States District Court~~
~~P.O. Box 886~~
~~Camden, NJ 08101-0886~~

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Charles P. Sifton
Senior U.S. District Judge
711 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Tena Campbell
Chief Judge, U.S. District Court
235 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED CLERKS LIST (CTO-21)**

Sheryl L. Loesch, Clerk
U.S. District Court
300 North Hogan Street
Suite 9-150
Jacksonville, FL 32202-4271

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

~~William T. Walsh, Clerk~~
~~1050 Mitchell H. Cohen U.S. Courthouse~~
~~400 Cooper Street~~
~~Camden, NJ 08102~~

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
4th Floor
Newark, NJ 07102

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

D. Mark Jones, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101