CLOSED, EAPN

# U.S. District Court
# United States District Court for the Western District of Missouri (Kansas City)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00313−SWH

Dillon et al v. Davol Inc et al
Assigned to: Magistrate Judge Sarah W. Hays
Cause: 28:1332 Diversity−Product Liability

Date Filed: 04/30/2008
Date Terminated: 06/20/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Jolene Dillon** represented by

**Bradley D. Honnold**
Goza &Honnold, LLC
2630 City Center Square
1100 Main Street
P. O. Box 482355
Kansas City, MO 64148−2355
(816) 512−2171
Fax: (816) 512−2172
Email: bhonnold@gohonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirk J. Goza**
11150 Overbrook
Ste. 250
Leawood, KS 66211
(913) 451−3433
Fax: (913) 273−0509
Email: kgoza@gohonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger Dean Nail**
Goza &Honnold, LLC
11150 Overbrook
Ste. 250
Leawood, KS 66211
(913) 451−3433
Fax: (913) 273−0509
Email: rnail@gohonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tina Reese** represented by

**Bradley D. Honnold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirk J. Goza**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger Dean Nail**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rose Hill** represented by **Bradley D. Honnold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirk J. Goza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Wallis**
The Redfern Law Firm P.C.
1125 Grand Blvd
Suite 1805
Kansas City, MO 64106
(816) 421−5301
Fax: (816) 421−3785
Email: mdwallis@redfearnlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul L Redfearn, III**
The Redfearn Law Firm
1125 Grand Boulevard
Suite 1805
Kansas City, MO 64106
816−421−5301
Fax: 816−421−3785
Email: predfearn@redfearnlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger Dean Nail**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Striplin** represented by **Bradley D. Honnold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirk J. Goza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger Dean Nail**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**

**Defendant**

**C R Bard Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2008 | Ï 1 | COMPLAINT against all defendants filed by Kirk J. Goza on behalf of Jolene Dillon, Tina Reese, Rose Hill, Rebecca Striplin. Filing fee $350, receipt number 1782417. Service due by 9/2/2008. (Attachments: # 1 Civil Cover Sheet)(Goza, Kirk) Modified on 5/5/2008 to correct receipt number (Kee, Georgia). (Entered: 05/02/2008) |
| 05/05/2008 | Ï 2 | Notice of EAP assignment to an outside mediator. (Attachments: # 1 General Order)(Francis, Alexandra) (Entered: 05/05/2008) |
| 05/05/2008 | Ï | NOTICE OF MAGISTRATE ASSIGNMENT emailed to plaintiffs. This is a docket entry only. No document is attached. Magistrate Return due by 5/28/2008 (Francis, Alexandra) (Entered: 05/05/2008) |
| 06/01/2008 | Ï | SECOND NOTICE OF MAGISTRATE ASSIGNMENT emailed to Bradley Honnold, Kirk Goza and Roger Nail, plaintiffs counsel. This is a docket entry only. No document is attached. Magistrate Return due by 6/24/2008 (Rowland, Bonnie) (Entered: 06/01/2008) |
| 06/20/2008 | Ï 3 | CONDITIONAL TRANSFER ORDER (CTO−21) from Jeffery N. Luthi, Clerk of the panel transferring case to the District of Rhode Island. (Kee, Georgia) (Entered: 06/20/2008) |
| 06/20/2008 | Ï | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (Kee, Georgia) (Entered: 06/20/2008) |